EDWARD H. KUBO, JR.          2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI         2286
Chief, Narcotics Section

MICHAEL K. KAWAHARA         1460
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 1 7 2004

at ____ o'clock and ____ min. ____M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

UNITED STATES OF AMERICA,        )    CRIM. NO. CR04 00127 SOM
                                 )
               Plaintiff,        )    INFORMATION
                                 )    [21 U.S.C. 841(a)(1)]
        vs.                      )
                                 )
DALENE MICHELL WINKLER,          )
                                 )
               Defendant.        )
_____)

### INFORMATION

The United States Attorney charges that:

On or about October 24, 2003 in the District of Hawaii,

defendant DALENE MICHELLE WINKLER knowingly and intentionally

possessed with intent to distribute a quantity of

methamphetamine, a Schedule II controlled substance,

In violation of Title 21, United States Code, Sections

841(a)(1), and 841(b)(1)(C).

DATED: Honolulu, Hawaii, _____MARCH 17_____, 2004.


                         EDWARD H. KUBO, JR.
                         United States Attorney


                         By _____
                           FLORENCE T. NAKAKUNI
                           Chief, Narcotics Section


                         _____
                         MICHAEL K. KAWAHARA
                         Assistant U.S. Attorney


USA v. Winkler, USDC-Hawaii, Information.