EDWARD H. KUBO, JR.         2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI        2286
Chief, Narcotics Section

MICHAEL K. KAWAHARA         1460
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 07 2004

at 2 o'clock and 25 min P M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | CRIM. NO. 04-0127SOM |
| ) | |
| Plaintiff,  ) | FIRST SUPERSEDING INFORMATION |
| ) | [21 U.S.C. 841(a)(1)] |
| vs.  ) | |
| ) | |
| DALENE MICHELE WINKLER,  ) | |
| ) | |
| Defendant.  ) | |
| ) | |

### FIRST SUPERSEDING INFORMATION

The United States Attorney charges that:

On or about October 24, 2003 in the District of Hawaii, defendant DALENE MICHELE WINKLER knowingly and intentionally possessed with intent to distribute a quantity of methamphetamine, a Schedule II controlled substance,

In violation of Title 21, United States Code, Sections

841(a)(1), and 841(b)(1)(C).

DATED: Honolulu, Hawaii, April 7, 2004.

EDWARD H. KUBO, JR.
United States Attorney

By _____
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

_____
MICHAEL K. KAWAHARA
Assistant U.S. Attorney

USA v. Winkler, USDC-Hawaii, First Superseding Information.