ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 2 6 2004

at ___ o'clock and 15 min. ___M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 04-0127 SOM |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| DALENE MICHELE WINKLER, ) | |
| ) | |
| Defendant. ) | |

ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT AND
NOTICE OF SENTENCING

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to the First Superseding Information is now Accepted and the Defendant is Adjudged Guilty of such offense. All parties shall appear before this Court for sentencing as directed.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, APR 2 6 2004.

_____
UNITED STATES DISTRICT JUDGE